SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>Plaintiff,<br><br>vs.<br><br>FIRE OCTAVE, LLC; CARLOS O. PALLARES, AS TRUSTEE OF THE CARLOS O. PALLARES REVOCABLE TRUST; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:24-cv-00938-SPG-BFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br><br>Complaint Filed:  February 02, 2024<br>Trial Date:           None Set |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deondre Raglin ("Plaintiff") hereby dismisses the above-captioned action in its entirety with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint and Defendants have advanced no cross-claims, either individually or collectively.

Dated:  March 7, 2024               SO. CAL. EQUAL ACCESS GROUP


                                    By: */s/ Jason J. Kim*
                                         Jason Kim, Esq.

                                    Attorneys for Plaintiff Deondre Raglin